1  STEPHEN S. KENT, ESQ.
   Nevada State Bar No. 1251
2  KENT LAW, PLLC
   201 West Liberty Street
3  Suite 320
   Reno, Nevada 89501
4  775/324-9800
   ATTORNEYS FOR DEFENDANT
5  WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| JILL HAMM | CASE NO. 3:11-cv-00078-RCJ-VPC |
| Plaintiff, | **ORDER TO REMAND TO FIRST JUDICIAL DISTRICT COURT, CARSON CITY, NEVADA** |
| vs. | |
| WAL-MART STORES, INC.; JOHN DOES I-V, inclusive; and BLACK AND WHITE COMPANIES, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the above-named Plaintiff, Jill Hamm, by and through their attorneys, Angela Bullentini, Esq., of Kilpatrick, Johnston & Adler, and Defendant, Wal-Mart Stores, Inc., by and through its attorney of record, Stephen S. Kent, Esq., of Kent Law, that the above matter previously removed to United States District Court, District of Nevada, Case No. 3:11-cv-00078-RCJ-VPC, may be remanded to First Judicial District Court, Carson City, Nevada, Case No. 10TRT 00094 1B, Dept. No. I.

///

///

| | |
|---|---|
| DATED this 16th day of June, 2011.<br>KILPATRICK, JOHNSTON & ADLER<br><br>BY: _/s/ Angela Bullentini_<br>ANGELA BULLENTINI, ESQ.<br>412 N. Division Street<br>Carson City, Nevada 89703<br>ATTORNEYS FOR PLAINTIFF | DATED this 30th day of June, 2011.<br>KENT LAW<br><br>BY: _/s/ Stephen Kent_<br>STEPHEN S. KENT<br>201 W. Liberty St., Ste. 320<br>Reno, Nevada 89501<br>ATTORNEYS FOR DEFENDANT |

### ORDER

IT IS SO ORDERED.

DATED this 26th day of July, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

KENT LAW

_____
STEPHEN S. KENT, ESQ.